UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JASON OSBORN,                                    CASE NO. 1:22-CV-23625-KMM

       Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON,

       Defendant(s).           /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jason Osborn, and Defendant, Lincoln Life Assurance Company of Boston, by and through undersigned counsel, hereby jointly stipulate and move that this cause be dismissed, with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

Dated: May 12, 2023

By: */s/ Cesar Gavidia*  
  CESAR GAVIDIA, ESQ.  
  Fla. Bar No. 015263  
  DELL & SCHAEFER  
  Attorneys for Plaintiff  
  2525 Weston Road  
  Weston, FL 33331  
  Phone: (954) 620-8300  
  Fax: (954) 922-6864  
  Cesar@diattorney.com

By: */s/ Lee W. Marcus*  
  LEE W. MARCUS, ESQ.  
  Fla. Bar No. 967076  
  MARCUS & MYERS, P.A.  
  Attorneys for Defendant  
  6150 Metrowest Boulevard, Ste 208  
  Orlando FL 32835  
  Phone: (407) 447-2550  
  Fax: (407) 447-2551  
  Lmarcus@marcusmyerslaw.com